UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: Katherine Eagle Case No. 26-50365

Debtor(s).

**SUMMARY OF AMENDMENTS TO VOLUNTARY PETITION, LISTS, SCHEDULES AND STATEMENTS**

1. Attached to this form are the following amended documents:

- ☐ Petition
- ☑ Schedule A/B
- ☑ Schedule C
- ☐ Schedule D
- ☐ Schedule E/F
- ☐ Schedule G
- ☐ Schedule H
- ☐ Schedule I
- ☐ Schedule J
- ☐ Schedule J-2
- ☑ Summary of assets and liabilities and certain statistical information (note that this Summary MUST BE submitted with any amended schedule)
- ☐ Statement of financial affairs
- ☐ Statement of intention
- ☐ Statement of current monthly income/means test calculation
- ☐ Other (specify):

2. For each amended document attached, clearly identify all changes (additions and deletions) to the amended document when compared with the original or most recent amendment:

Summary of Assets and Liabilities: Changes are underlined and lined out.

Schedule A/B: Changes are underlined and lined out.

Schedule C: Changes are underlined and lined out.

**Fill in this information to identify your case:**

Debtor 1: **Katherine Michele Eagle**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number (if known): **26-50365**

☑ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B | $ **360,000.00** |
| 1b. Copy line 62, Total personal property, from Schedule A/B | $ **169,385.50** ~~**161,698.00**~~ |
| 1c. Copy line 63, Total of all property on Schedule A/B | $ **$529,385.50** ~~**$521,698.00**~~ |

### Part 2: Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ **481,360.00** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ **2.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | $ **97,730.00** |
| **Your total liabilities** | $ **579,092.00** |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I* | $ **6,323.00** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J* | $ **6,098.00** |

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   - ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   - ☑ Yes
7. **What kind of debt do you have?**
   - ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
   - ☐ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to

Debtor 1 **Katherine Michele Eagle** Case number *(if known)* **26-50365**

the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. $ **10,777.12**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| **From Part 4 on *Schedule E/F*, copy the following:** | **Total claim** |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ **2.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ **0.00** |
| 9d. Student loans. (Copy line 6f.) | $ **0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+**$ **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $ **2.00** |

**Fill in this information to identify your case and this filing:**

Debtor 1: **Katherine Michele Eagle** (First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing): (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number **26-50365**

☑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

**12/15**

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1

**6314 Morris Thomas Road E**
Street address, if available, or other description

**Cloquet** (City) **MN** (State) **55720-0000** (ZIP Code)

**Saint Louis**
County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$280,000.00** | **$280,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**Debtor's Residence: Homestead Real Property Legally Described as: Exhibit A**
**Value based on professional appraisal done by debtor**

Debtor 1 Katherine Michele Eagle Case number *(if known)* 26-50365

**If you own or have more than one, list here:**

1.2

**1520 W 1st St**
Street address, if available, or other description

**Duluth** **MN** **55806-0000**
City State ZIP Code

**Saint Louis**
County

**What is the property?** Check all that apply

- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other ____________

**Who has an interest in the property?** Check one

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $80,000.00 | $80,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

- [ ] **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**Debtor's Property: Real Property Legally Described as: Exhibit B**
**Value based on Estimated market value from Zillow**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................=>** **$360,000.00**

**Part 2:** **Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- [ ] No
- [x] Yes

3.1 Make: **Toyota**
Model: **Sienna**
Year: **2012**
Approximate mileage: **179000**
Other information:
**Value is based on kbb.com private party value.**

**Who has an interest in the property?** Check one

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $6,830.00 | $6,830.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

- [x] No
- [ ] Yes

5 **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................................=>** **$6,830.00**

**Part 3:** **Describe Your Personal and Household Items**

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

Debtor 1 **Katherine Michele Eagle** Case number *(if known)* **26-50365**

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☑ Yes. Describe.....

| Description | Value |
|---|---|
| **Household Goods, Furnishings, Major and Minor Appliances** | **$200.00** |

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☑ Yes. Describe.....

| Description | Value |
|---|---|
| **1 TV ($20), Laptop ($250), Tablet ($50), Cell Phone ($350), 4 Amazon Alexas ($50)** | **$720.00** |

8. **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No
☑ Yes. Describe.....

| Description | Value |
|---|---|
| **Books ($100) & Pictures ($100)** | **$200.00** |

9. **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☐ No
☑ Yes. Describe.....

| Description | Value |
|---|---|
| **Sewing Machine ($1,000)** | **$1,000.00** |

10. **Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☑ No
☐ Yes. Describe.....

11. **Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☑ Yes. Describe.....

| Description | Value |
|---|---|
| **Clothing** | **$100.00** |

12. **Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
☑ Yes. Describe.....

| Description | Value |
|---|---|
| **Costume Jewelry** | **$75.00** |

13. **Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
☑ Yes. Describe.....

| Description | Value |
|---|---|
| **2 Dogs** | **$20.00** |

14. **Any other personal and household items you did not already list, including any health aids you did not list**
☑ No

Debtor 1 **Katherine Michele Eagle** Case number *(if known)* **26-50365**

☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................ **$2,315.00**

## Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
☑ Yes.................................................................................................................

**Cash** **$20.00**

17. **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
☑ Yes....................... Institution name:

| | | Institution name | Current value |
|---|---|---|---|
| 17.1. | **Checking Account** | **Chime** | **$250.00** |
| 17.2. | **High Yield Savings** | **Fidelity** | **$800.00** |
| 17.3. | **High Yield Savings** | **Raisin** | **$4.00** ~~**$2.00**~~ |
| 17.4. | **Checking Account** | **Members Co-Up (Funds traceable to 401k funds)** | **$62,489.00** ~~**$58,000.00**~~ |
| 17.5. | **Savings Account** | **Members Co-Op** | **$0.00** |
| ~~17.6.~~ | ~~**Business Checking Account**~~ | ~~**Western Bank**~~ | ~~**$0.00**~~ |
| ~~17.7.~~ | ~~**Business Savings Account**~~ | ~~**Western Bank**~~ | ~~**$0.00**~~ |
| 17.8. | **Business Checking Account** | **Northshore FCU** | **$0.00** ~~**$300.00**~~ |
| 17.9. | **Business Savings Account** | **Northshore FCU** | **$833.00** ~~**0.00**~~ |
| 17.10. | **Digital Transfer Accounts** | **Venmo** | **$0.00** |
| 17.11. | **Digital Transfer Accounts** | **PayPal** | **$0.00** |

17.12. Affinity Plus $0.00

18. **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No
☑ Yes.................. Institution or issuer name:

**Stock account though Stash** **$4,180.00** ~~$3,000.00~~

**Stock account though Roots Investments** **$155.00** ~~$129.00~~

**Stock account though Fundrise** **$2,874.00** ~~$1,000.00~~

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Munger Tavern & Grill; No longer operating Assets: 4003 Munger Shaw Rd, Cloquet, MN 55720 ($190,000); Equipment ($50,000) Liabilities: Mortgage for property $190,000; SBA Loan $57,000; $6,000 Value based on sheriff sale purchase price** | **100** % | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them
Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **IRA** | **Through Fidelity** | **$60,000.00** |
| **401K** | **Through Current Employer** | **$23,352.00** |

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes. ..................... Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes............. Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☐ No
☑ Yes............. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**529 Plan (Current Value for Disclosure Purposes Only; No Contributions in the last 10 Years)** **$3,000.00**

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☐ No
☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | |
|---|---|
| **Anticipated 2026 Tax Refunds; pro-rated to the date of filing** | **$0.00** |
| **Anticipated 2025 Tax Refunds** | **$0.00** |

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No
☑ Yes. Give specific information..

**Estimated Earned Unpaid Wages** **$2,700.00**

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Whole Life Insurance Through American Income (No Current Cash Value)** | | **$0.00** |

| | | |
|---|---|---|
| **HSA Through Current Employer** | | **$0.00** |

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

- [x] No
- [ ] Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

- [ ] No
- [x] Yes. Describe each claim.........

| | |
|---|---|
| **Potential claim against former tenants for back rent** | **Unknown** |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

- [x] No
- [ ] Yes. Describe each claim.........

35. **Any financial assets you did not already list**

- [x] No
- [ ] Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.........** **$160,240.50**

**Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

- [x] No. Go to Part 6.
- [ ] Yes. Go to line 38.

**Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

- [x] No. Go to Part 7.
- [ ] Yes. Go to line 47.

**Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

- [x] No
- [ ] Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here ...................................** **$0.00**

Debtor 1 **Katherine Michele Eagle** Case number *(if known)* **26-50365**

**Part 8: List the Totals of Each Part of this Form**

| | | | | |
|---|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** | | | **$360,000.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$6,830.00** | | |
| 57. | **Part 3: Total personal and household items, line 15** | **$2,315.00** | | |
| 58. | **Part 4: Total financial assets, line 36** | **$160,240.50** ~~**$152,553.00**~~ | | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$169,385.50** ~~**$161,698.00**~~ | Copy personal property total | **$169,385.50** ~~**$161,698.00**~~ |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | | **$529,385.50** ~~**$521,698.00**~~ |

**Fill in this information to identify your case:**

Debtor 1: **Katherine Michele Eagle**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number (if known): **26-50365**

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **6314 Morris Thomas Road E Cloquet, MN 55720 Saint Louis County Debtor's Residence: Homestead Real Property Legally Described as: Exhibit A Value based on professional appraisal done by debtor**<br>Line from *Schedule A/B*: **1.1** | **$280,000.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. §§ 510.01, 510.02** |
| **1520 W 1st St Duluth, MN 55806 Saint Louis County Debtor's Property: Real Property Legally Described as: Exhibit B Value based on Estimated market value from Zillow**<br>Line from *Schedule A/B*: **1.2** | **$80,000.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 28** |
| **2012 Toyota Sienna 179000 miles Value is based on kbb.com private party value.**<br>Line from *Schedule A/B*: **3.1** | **$6,830.00** | ☑ **$2,879.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 12a(1)** |
| **Household Goods, Furnishings, Major and Minor Appliances**<br>Line from *Schedule A/B*: **6.1** | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 4(b)** |

Debtor 1 **Katherine Michele Eagle** Case number (if known) **26-50365**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **1 TV ($20), Laptop ($250), Tablet ($50), Cell Phone ($350), 4 Amazon Alexas ($50)**<br>Line from *Schedule A/B*: **7.1** | **$720.00** | ☑ **$720.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 4(b)** |
| **Books ($100) & Pictures ($100)**<br>Line from *Schedule A/B*: **8.1** | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 2a** |
| **Sewing Machine ($1,000)**<br>Line from *Schedule A/B*: **9.1** | **$1,000.00** | ☑ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 4(b)** |
| **Clothing**<br>Line from *Schedule A/B*: **11.1** | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 4(a)** |
| **Costume Jewelry**<br>Line from *Schedule A/B*: **12.1** | **$75.00** | ☑ **$75.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 4(c)** |
| **2 Dogs**<br>Line from *Schedule A/B*: **13.1** | **$20.00** | ☑ **$20.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 2c** |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | **$20.00** | ☑ **$20.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 28** |
| **Checking Account: Chime**<br>Line from *Schedule A/B*: **17.1** | **$250.00** | ☑ **75%**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 13** |
| **Checking Account: Chime**<br>Line from *Schedule A/B*: **17.1** | **$250.00** | ☑ **$62.50**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 28** |
| **High Yield Savings: Fidelity**<br>Line from *Schedule A/B*: **17.2** | **$800.00** | ☑ **75%**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 13** |
| **High Yield Savings: Fidelity**<br>Line from *Schedule A/B*: **17.2** | **$800.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 28** |
| **High Yield Savings: Raisin**<br>Line from *Schedule A/B*: **17.3** | **$4.00** | ☑ **75%**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 13** |

Debtor 1 Katherine Michele Eagle Case number (if known) 26-50365

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **High Yield Savings: Raisin**<br>Line from *Schedule A/B*: **17.3** | **$4.00** | ☑ **$0.50**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 28** |
| **Checking Account: Members Co-Up (Funds traceable to 401k funds)**<br>Line from *Schedule A/B*: **17.4** | ~~**$62,489.00**~~<br>~~**$58,000.00**~~ | ☑ ~~**$62,489.00**~~ ~~**$58,000.00**~~<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 24** |
| **Savings Account: Members Co-Op**<br>Line from *Schedule A/B*: **17.5** | **$0.00** | ☑ **75%**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 13** |
| **Savings Account: Members Co-Op**<br>Line from *Schedule A/B*: **17.5** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 28** |
| **Business Checking Account: Western Bank**<br>Line from *Schedule A/B*: **17.6** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 28** |
| **Business Checking Account: Northshore FCU**<br>Line from *Schedule A/B*: **17.8** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 28** |
| **Business Savings Account: Northshore FCU**<br>Line from *Schedule A/B*: **17.9** | **$416.50** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 28** |
| **Digital Transfer Accounts: Venmo**<br>Line from *Schedule A/B*: **17.10** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 28** |
| **Digital Transfer Accounts: PayPal**<br>Line from *Schedule A/B*: **17.11** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 28** |
| **Stock account though Stash**<br>Line from *Schedule A/B*: **18.1** | **$4,180.00** | ☑ **$113.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 28** |
| **Stock account though Roots Investments**<br>Line from *Schedule A/B*: **18.2** | **$155.00** | ☑ **$129.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 28** |
| **Stock account though Fundrise**<br>Line from *Schedule A/B*: **18.3** | **$2,874.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 28** |

Debtor 1 Katherine Michele Eagle Case number (if known) 26-50365

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Munger Tavern & Grill; No longer operating<br>Assets: 4003 Munger Shaw Rd, Cloquet, MN 55720 ($190,000); Equipment ($50,000)<br>Liabilities: Mortgage for property $190,000; SBA Loan $57,000; $6,000<br>Value based on sheriff sale purchase price<br>100 % ownership**<br>Line from *Schedule A/B*: **19.1** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 28** |
| **IRA: Through Fidelity**<br>Line from *Schedule A/B*: **21.1** | **$60,000.00** | ☑ **$60,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 24** |
| **401K: Through Current Employer**<br>Line from *Schedule A/B*: **21.2** | **$23,352.00** | ☑ **$23,352.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 24** |
| **Anticipated 2026 Tax Refunds; pro-rated to the date of filing**<br>Line from *Schedule A/B*: **28.1** | **$0.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 28** |
| **Anticipated 2025 Tax Refunds**<br>Line from *Schedule A/B*: **28.2** | **$0.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 28** |
| **Estimated Earned Unpaid Wages**<br>Line from *Schedule A/B*: **30.1** | **$2,700.00** | ☑ **75%**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 13** |
| **Estimated Earned Unpaid Wages**<br>Line from *Schedule A/B*: **30.1** | **$2,700.00** | ☑ **$675.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 28** |
| **Whole Life Insurance Through American Income (No Current Cash Value)**<br>Line from *Schedule A/B*: **31.1** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 23** |
| **HSA Through Current Employer**<br>Line from *Schedule A/B*: **31.2** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 26(a)** |
| **Potential claim against former tenants for back rent**<br>Line from *Schedule A/B*: **33.1** | **Unknown** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 28** |

Debtor 1 **Katherine Michele Eagle** Case number (if known) **26-50365**

3. **Are you claiming a homestead exemption of more than $214,000?**
(Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

- ☑ No
- ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
  - ☐ No
  - ☐ Yes

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re:<br><br>Katherine Michelle Eagle<br>Debtor(s) | Case No. 26-50365<br><br>Chapter 13 |

## DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 11/16/2026, I did cause a copy of the following document(s), described below:

Amended Schedules A, B, C, and Amended summary of assets and liabilities

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein. Said mailing matrix was downloaded from the District of Minnesota Bankruptcy Court's official court matrix on 11/16/2026.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/16/2026

/s/ Jesse A. Horoshak
Jesse A. Horoshak
Bar No. 0387797
LifeBack Law Firm, PA
13 7th Avenue South
Saint Cloud MN 56301-0000
(612)843-0529
jesse@lifebacklaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re:<br>Katherine Michelle Eagle<br>Debtor(s) | Case No. 26-50365<br>Chapter 13 |

## CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 11/16/2026, I did cause a copy of the following document(s), described below:

Amended Schedules A, B, C, and Amended summary of assets and liabilities

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/16/2026

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 11/16/2026, I caused a copy of the Amended Schedules A, B, C and and Amended summary of assets and liabilities to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

EXHIBIT

| | | | | | |
|---|---|---|---|---|---|
| Minnesota Department of Revenue | | | Bankruptcy Section | PO Box 64447 | St Paul MN 55164-0447 |
| United States Attorney | | | 600 US Courthouse | 300 S 4th St | Minneapolis MN 55415-3070 |
| WOODLANDS NATIONAL BANK | | | PO BOX B | | ONAMIA MN 56359-0801 |
| A1 Pumping Service | | | PO Box 7627 | | Saint Cloud MN 56302-7627 |
| AFFINITY PLUS FEDERAL CREDIT UNION | | | ATTN BANKRUPTCY DEPARTMENT | 175 W LAFAYETTE FRONTAGE ROAD | SAINT PAUL MN 55107-1420 |
| Affinity Plus FCU | | | C/O Messerli & Kramer | 50 S 6TH ST STE 2300 | Minneapolis MN 55402-1550 |
| Alliance Collection Agencies | | | 6160 SUMMIT DR. N. STE. 205 | | Minneapolis MN 55430-2118 |
| American Accounts & Advisers | | | 7460 80th Str | | Cottage Grove MN 55016-3007 |
| American Express | | | 1175 COUNTY ROAD D E | | Saint Paul MN 55109-5200 |
| American Express National Bank | | | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355-0701 |
| Aspirus Health | | | 915 E 1ST ST | | Duluth MN 55805-2107 |
| Capital One | | | AttN: Bankruptcy | Po Box 30285 | Salt Lake City UT 84130-0285 |
| Capital One N.A. | | | by AIS InfoSource LP as agent | PO Box 71083 | Charlotte NC 28272-1083 |
| Century Link | | | Attn: Bankruptcy | 100 Centurylink Drive | Monroe LA 71203-2041 |
| Chase Card Services | | | Attn: Bankruptcy | Po Box 15299 | Wilmington DE 19850-5299 |
| Citibank | | | Attn: Bankruptcy Department | P.O.Box 790046 | St. Louis MO 63179-0046 |
| Collection Bureau Of Little Falls | | | Po Box 246 | | Little Falls MN 56345-0246 |
| Comfort Systems | | | PO Box 169001 | | Duluth MN 55816-9001 |
| ESSENTIA HEALTH | | | PO BOX 1123 | | MINNEAPOLIS MN 55440-1123 |
| Essentia Health | | | 400 E. 3rd St. | | Duluth MN 55805-1951 |
| Essentia Health | | | 502 East Second Street | | Duluth MN 55805-1913 |
| Holden Duluth Agency Inc | | | 5610 Grand Ave | | Duluth MN 55807-2540 |
| Internal Revenue Service | | | Centralized Insolvency | PO Box 7346 | Philadelphia PA 19101-7346 |
| JPMorgan Chase Bank, N.A. | s/b/m/t Chase Bank USA, N.A. | Robertson, Anschutz, Schneid, | Crane & Partners, PLLC | 6409 Congress Avenue, Suite 100 | Boca Raton FL 33487-2853 |
| James Hacking & Associates | | | 202 W Superior St #510 | | Duluth MN 55802-1967 |
| JEFFERSON CAPITAL SYSTEMS LLC | | | PO BOX 7999 | | SAINT CLOUD MN 56302-7999 |
| LVNV Funding, LLC | | | Resurgent Capital Services | PO Box 10587 | Greenville SC 29603-0587 |
| MN Dept of Revenue | | | Attn: Denise Jones | PO Box 64447 | Saint Paul MN 55164-0447 |
| MINNESOTA POWER | | | ATTN BANKRUPTCY | 30 W SUPERIOR ST | DULUTH MN 55802-2093 |
| Matthew Krueger | | | 6314 Morris Thomas Rd E | | Cloquet MN 55720-8210 |
| Media Com | | | PO BOX 5744 | | Carol Stream IL 60197-5744 |
| ODK Capital LLC | | | 4700 W Daybreak Pkwy., Ste 200 | | South Jordan UT 84009-5133 |
| Ondeck Cap | | | Attn: Bankruptcy | 1400 Broadway | New York NY 10018-5300 |
| Paypal | | | Bankruptcy | PO Box 103106 | Roswell GA 30076-9106 |

| | | | | | |
|---|---|---|---|---|---|
| RANGE CREDIT BUREAU, INC | | | c/o James Clark | PO Box 706 | Hibbing MN 55746-0706 |
| Resurgent Capital Services L.P | | | 2780 Snelling Avenue N | Suite 101 | Saint Paul MN 55113-7115 |
| Resurgent Receivables, LLC | | | Resurgent Capital Services | PO Box 10587 | Greenville SC 29603-0587 |
| Spectrum | | | PO BOX 94188 | | Palatine IL 60094-4188 |
| St Luke's | | | PO Box 9181 | | Minneapolis MN 55480-9181 |
| State of Minnesota, Department of Revenue | | | PO Box 64447 - BKY | | St Paul MN 55164-0447 |
| Syncb/Old Navy | | | Attn: Bankruptcy | Po Box 96506 | Orlando FL 32896-0001 |
| Twin Ports Septic | | | 140 Kirkus Sr | | Duluth MN 55810-2622 |
| Twin Ports Septic | | | 140 Kirkus St | | Proctor MN 55810-2622 |
| Waste Management | | | PO BOX 4647 | | Carol Stream IL 60197-4647 |
| Western National Bank | | | 202 West Superior Street | | Duluth MN 55802-1999 |
| Woodlands National Bank | | | 424 Main Street | | Onamia MN 56359 |
| Katherine Michele Eagle | | | 6314 Morris Thomas Road East | | Cloquet MN 55720-8210 |
| Madison Danyelle Newberg | | | LifeBack Law Firm, PA | 6445 Sycamore Court North | Maple Grove MN 55369-6028 |